**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (If known): _____ Chapter _____

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 MAY -1 PM 3:19

VANIA S. ALLEN
CLERK
BY: _____
DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  630 Wayt, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  43-1493147

4. **Debtor's address**

   **Principal place of business**
   630   Wayt Road
   Number   Street

   Roswell     GA   30076
   City        State  ZIP Code

   Fulton
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City    State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City    State   ZIP Code

5. **Debtor's website (URL)**  _____

Debtor _____    Case number (if known) _____
　　　　Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
     - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☐ No
   - ☑ Yes.  District **North Georgia**  When **02/03/2025**  Case number **25-51091**
     　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

     District _____  When _____  Case number _____
     　　　　　　　　　　　　　　　MM / DD / YYYY

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor _____   Case number (if known)_____
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                            MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
            Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street

    _____

    _____  _____
    City                                    State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor _____    Case number (if known) _____
    Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 01 / 2025
    MM / DD / YYYY

X _[signature]_    SANDY ROBINSON
Signature of authorized representative of debtor    Printed name

Title  MANAGER

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor    MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

City _____    State ____    ZIP Code ____

Contact phone _____    Email address _____

Bar number _____    State ____

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603 | |
| McCalla Raymer<br>1544 Old Alabama Road<br>Roswell, GA 30076 | |
| | |
| | |
| | |
| | |

| Case Number: 25-54827 | Name: 630 Wayt | Chapter: 11 | Division: Atlanta |
|---|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☐ Individual - Series 100 Forms          ☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov/frequently-used-forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☒ Statement of Financial Affairs
☒ Schedules: A/B, , D, E/F, G, H, ☒ Summary of Assets and Liabilities
☐ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures (*local form*)
☒ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 (*Individuals only*)

**Chapter 11**
☒ 20 Largest Unsecured Creditors
☒ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Case filed via:**
☒ Intake Counter by:
    ☐ Attorney
    ☐ Debtor
    ☒ Other: Courier Thomas Huey Starks 757-742-3434
☐ Mailed by:
    ☐ Attorney
    ☐ Debtor
    ☐ Other:
☐ Email [Pursuant to Amended and Restated General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 5 years: N/A 25-51091

Signature: _Thomu Shu_
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: MRW        ID Verified ☒    Date: 5/1/25

☐ 101A form filed stating rent deposit was made. – Was rent deposit submitted to Court ☐Yes ☐No

**FILING FEE INFORMATION**
Online Payment for Filing Fee: www.ganb.uscourts.gov/online-payments    (not for chapter 13 plan payments)
    ☒ Paid $__0____    ☐ Pending Pay.Gov, Paid $_____    ☐ IFP filed (Ch.7 Individuals Only)
    ☐ 2g-Order Granting    ☐ 3g-Order Granting 10-day (initial payment of $_____ due within 10 days)
    ☐ 2d-Order Denying with filing fee of $_____ due within **10 days**
    ☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (no personal checks or cash accepted) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000